UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV. 18_

Andre Antrobus
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Police officer Atkins
Tactical Narcotics Task Force 6N
Brooklyn South street team
and Arresting officer ID# 929903
& N.Y.P.D

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Andre Antrobus
            ID #   141 11 00918
            Current Institution   G.R.V.C
            Address   09 09 Hazen street East Elmhurst Queens New York

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1.    Name P.O. Atkins    Shield # Don't know Doesn't where on
Where Currently Employed B.S.T.F.
Address 67 precinct snyder ave Brooklyn New York 11226

Defendant No. 2    Name unIdentified officers    Shield # 924903
Where Currently Employed B.S.T.F tactical Narcotics task force
Address 67 precinct snyder ave Brooklyn New York 11226

Defendant No. 3    Name N.Y.P.D    Shield #
Where Currently Employed
Address One police plaza

Defendant No. 4    Name    Shield #
Where Currently Employed
Address

Defendant No. 5    Name    Shield #
Where Currently Employed
Address

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? No institution in a public place in a store on martense and Rogers in Bklyn

B.    Where in the institution did the events giving rise to your claim(s) occur? It happen in a crowded store with people watching from the street

C.    What date and approximate time did the events giving rise to your claim(s) occur? ~~march~~ feburuary 2010 20th at 1:35 pm

D. Facts:

**What happened to you?** police officer atkins proceed to do a cavity search in a public place with view of The streets he pull my pants down and put his hand up my Bottom with people around me and people view ing me from the street

**Who did what?** police officer atkins put his fingers in my rectum as his fellow officers held me against my will I was sexually assaulted in a public place

**Was anyone else involved?** The tactical Narcotics task force from Brooklyn south officer # 929803

**Who else saw what happened?** Ernest Dawkins works for homeland security, Ameed, shaniqua woods, cassiowa cruz, muhammed Mquilkin, atiana gazaaden, patrick

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. swollen rectum and Bowel movement I went to hospital several times after for Diarehia and Bowel movement

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____  No ✓

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___   But my grievance C.C.B.R

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___   Civilian Complaint Review Board

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Civilian complaint Review Board

1. Which claim(s) in this complaint did you grieve? All my emotional distress Bill of Rights constitutional violations mental anguish

2. What was the result, if any? _____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: they didn't get Back yet

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Try to call internal affairs But like Before they on thier side

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). for my embarrisment mental angiush, emotional distress, pyschological depression violations of my constitutional violations and my life and liberties being thrown to the side I want $1,250,000.00 I dont feel like a man I feel a little gay can't even look women in thier face and my religous beliefs has been violated Also This was a sexual Assault

Rev. 05/2007

wong Sun v. United States 83 S.ct 407 (1963)
Dunaway v. New York 99 S.ct 2243 (1979)
mapp v. Ohio 81 S.ct. 1684 (1961)
People v. Brock 154 A.D.2d 231
people v. COBB 208 AD.2d 453
People v. DeBour 40 N.Y.2d 210
terry v. Ohio supra
people v. Hill

VI. Previous lawsuits:

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or index number _____
4. Name of judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Andre Antrobus__

Defendants __Q.B.C.C mailroom dept. of corrections__

2. Court (if federal court, name the district; if state court, name the county) __Southern District of New York__

3. Docket or index number _____
4. Name of judge assigned to your case __Nathanel and Fox__
5. Approximate date of filing lawsuit __Oct 2006__
6. Is the case still pending? Yes ___ No ✓
   If NO, give the approximate date of disposition __settlement__

Rev. 05/2007

6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _a settlement_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _1st_ day of _February_ 20_11_.

Signature of Plaintiff _[signature]_
Inmate Number _141 11 00918_
Institution Address _G.R.V.C_
_0909 Hazen street_
_East Elmhurst Queens_
_New York_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1st_ day of _February_, 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature]_