*copy of the 3rd one submitted*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police officer Atkins ID# 224903 and tactical Narcotics task force of 67 pct also the city of New York

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part 1. Addresses should not be included here.)*

Amended
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

magistrate judge

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Andre Antrobus
ID # 895 11 01344
Current Institution AMKC
Address 18 18 Hazen street East Elmhurst Queens New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name **P.O. Phillip Atkins** Shield # _____
Where Currently Employed **Brooklyn South Narcotics Div.**
Address **2820 Snyder Ave (67 pct)**
**Brooklyn New York 11226**

Defendant No. 2  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 3  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4  Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5  Name _____ Shield # _____
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? **No institution appen in a public place in a store on martense and Rogers**

B. Where in the institution did the events giving rise to your claim(s) occur? **It happen in front of window of store to public veiw and several patrons in the store**

C. What date and approximate time did the events giving rise to your claim(s) occur?

Case 1:11-cv-01992-CBA-LB   Document 38   Filed 02/01/12   Page 3 of 10 PageID #: 162
Case 1:11-cv-01992-CBA-LB   Document 36   Filed 01/23/12   Page 15 of 32 PageID #: 123

- 3rd time Submitted   On the Back for additional info

D. Facts: Police officer Det. Phillip Atkins without proable cause put me under illegal siezure with his companion; held me against my will search me several times Then pulled down my pants in public veiw of the street and the patrons of store and penetrated my rectum several times making Homo sexual epihets and comments with out any proable cause sexually assaulting me violating my constitutional rights

**What happened to you?**

**Who did what?** Det Phillip Atkins # 142 is the one who penetrated my rectum several times making Homo sexual epihets. Det simms and others of Brooklyn South Narcotics Division out of 67 pct. held me against my will and bend me over

**Was anyone else involved?** 6 Police officers of Brooklyn South Narcotics Division that associated with Det. Phillip Atkins and Det Simms

**Who else saw what happened?** Ernesto Dawkins works for homeland security, muhammed Amed, Shaniqua woods, Cassiowa Craz Patrick McQuilken, ayana Gazaaden and etc

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. swollen rectum and involuntary Bowel movement, stomach pain, Blood in my feces, psychological effects, mental angiush, depression, P.T.S.D intentional infliction of Emotional Distress

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___   But I wrote c-c. B.R

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___   I wrote the c.c. B.R

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? Constitutional violations I.I.E.D, mental anguish, R.A.S, S.A.S,

2. What was the result, if any? No answer it seems either its ignored, loss, or being held on malicous intent.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____

informed, when and how, and their response, if any: __No responce__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I was asking for $11,250,000.00 and in 2-15-11 I sent amended complaint also 2-21-11 it seems my mail wasn't reaching I put exhibit A of original complaint and exhibit B to back up how much I was asking I am now re submitting amended complaint of $60,000,000.00 for embarrisment, mental anguish, emotional distress, psychological depression, psychological effects, IIED, PTSD sexual assault syndrome, Rape assault syndrome, violating my religous beliefs, constitutional rights and feeling a little gay cause I don't get arose to women and I lost my family cause of that punitive Damages 40 million compensatory Damages 20 million adds up to 60 million

Jong Sun v United States 83 S.ct 4314
Dunaway v. New York 99 S.ct 2248
People v. Brock 154 A.D.2d 453 Nathaniel and tov

VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Andre Antrobus__

Defendants __O.B.-C.C. mail room dept. of corrections__

2. Court (if federal court, name the district; if state court, name the county) __Southern District of New York__

3. Docket or Index number _____
4. Name of Judge assigned to your case __Nathanel and fox__
5. Approximate date of filing lawsuit __Oct 2006__
6. Is the case still pending?

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _a settlement_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _2_ day of _December_, 20_11_.

Signature of Plaintiff _By_____

Inmate Number _893 11 01344_

Institution Address _Amkc 1818 Hazen st East Elmhurst Queens New York New York_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _2_ day of _December_ 20_11_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _By_____

This is my 3rd amended complaint submitted I don't know why the pro se office is not recieving it Because Amkc is good with mail And Not G.R.V.C which withholds your mail intentionally can you put in the false arrest law suit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

___ Civ. _____ (___)(___)

-against-

Police officer Atkins
tactical narcotics task force
67 Brooklyn South street team
also the city of New York
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, Andre Antrobus, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   NO

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   NO

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NO

   a) Are you receiving any public benefits?  ☑ No.   ☐ Yes, $_____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.     ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.     ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.     ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of _December_, _2011_
          date              month       year

_____
           Signature

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: **Andre Anfro Bas** -v- **P.O Afkins + City New York**
(Enter the full name of the plaintiff(s).)   (Enter the full name of the defendant(s).)

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

*************************************************************
SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _____ (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

**2nd December**, 20**11**
Date Signed

*Andre Ambrose* (signature)
Signature of Plaintiff

N.Y.S.I.D. # _____

Local Jail/Facility I.D. # **845 N 0134C**

Federal Bureau of Prisons I.D. # _____