*copy of the 3rd one submitted*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Police officer Atkins I O # 924903 and tactical Narcotics task force of 67 pct also the city of New York

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 03 2012 ★
BROOKLYN OFFICE

11 cv 1992

Amended
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

Magistrate Judge

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Andre Antrobus
            ID #  895 11 01344
            Current Institution  AMKC
            Address  18 18 Hazen street East Elmhurst Queens New York 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name **P.O. Phillip Atkins**    Shield # _____
Where Currently Employed **Brooklyn South Narcotics Div.**
Address **2820 snyder ave (67 pct) Brooklyn New York 11226**

Defendant No. 2    Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 3    Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4    Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5    Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? **No institution happen in a public place in a store on martense and Roger**

B. Where in the institution did the events giving rise to your claim(s) occur? **It happen in front of window of store to public veiw and several patrons in the store**

C. What date and approximate time did the events giving rise to your claim(s) occur? _____

*3rd time submitted*    *On the Back for additional info*

D. Facts: Police officer Det. Phillip Atkins without proable cause put me under illegal siezure with his companions held me against my will search me several times Then pulled down my pants in public veiw of the street and the patrons of store and penetrated my rectum several times making Homosexual epihets and comments with out any proable cause sexually assaulting me violating my constitutional rights

*What happened to you?*

*Who did what?* Det Phillip Atkins # 1742 is the one who penetrated my rectum several times making Homosexual epihets. Det simms and others of Brooklyn South Narcotics Division out of 67 pct. hold me against my will and bend me over

*Was anyone else involved?* 6 Police officers of Brooklyn South Narcotics Division that associated with Det. Phillip Atkins and Det Simms

*Who else saw what happened?* Ernesto Dawkins works for homeland security, muhammed Amed, Shaniqua woods, Cassiowa Craz Patrick McQuilken, ayana Gazaaden and etc

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Swollen rectum and involentary Bowel movement, stomach pain, Blood in my feces, psychological effects, mental anguish, depression, P.T.S.D intentional infliction of Emotional Distress

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___   No ✓


On February 20, 2010 6:35 pm (18:03/20) I was holding my son and his friends phone I recieve a call asking for some one I do not know. Then I was in the store and some patrons with a strange man on the phone making a call Then the phone rang again in my pocket and the man came to me and said I was arrested I ask for what he said nothing and put cuffs on me then six more men came in the store and searched me 4 times and didn't find nothing then they said call super dog Det Atkins came in they started to pull down my pants I struggled But they held me and Bend me over and Det Atkins used his fingers to penetrate my rectum several times and make Homo sexual Epihets as he was violating me and soon as the Homeland security officer and off duty officer said you'll violating him and thats against the law and got on thier phones Det Atkins and team pulled up my pants and rushed me in the van

witnesses

Ernesto Dawkins 154 martense st Bklyn N.Y. 11226
Patrick McQuilken 130 martense st Bklyn N.Y. 11226
muhammed Amed 795 Rogers Ave Bklyn N.Y. 11226
cassiona cruz 61 martense st Bklyn N.Y. 11226
karima mitchell 179 martense st Bklyn N.Y. 11226
Etc. Brian williams, Ashely cummings, Roxanne, mia Asa,

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___   But I wrote c-c- B.R

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___   I wrote the c.c. B.R

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? Constitutional violations II. E.D, mental anguish, R.A.S, S.A.S,

2. What was the result, if any? No answer it seems either its ignored, loss, on being held on malicous intent

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

informed, when and how, and their response, if any: __No responce__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I was asking for $11,250,000.00 and in 2-15-11 I sent amended complaint also 2-21-11 it seems my mail wasn't reaching I put exhibit A of original complaint and exhibit B - to back up how much I was asking I am now re-submitting amended complaint of $60,000,000.00 for embarrisment, mental anguish, Emotional distress, psychological depression, psychological effects, I.I.ED, PTSD sexual assault syndrome, Rape assault syndrome, violating my religous beliefs, constitutional rights and feeling a little gay cause I don't get arose to women and I lost my family cause of that punitive Damages 40 million compensatory Damages 20 million adds up to 60 million

Wong Sun v United States 83 S.ct 407
Dunaway v. New York 99 S.ct 2248
People v. Brock 154 A.D.2d 453

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff **Andre Antrobus**

Defendants **O.B.-CC. mail room dept. of corrections**

2. Court (if federal court, name the district; if state court, name the county) **Southern District of New York**

3. Docket or Index number _____
4. Name of Judge assigned to your case **Nathanel and fox**
5. Approximate date of filing lawsuit **Oct 2006**
6. Is the case still pending? Yes ____ No ✓
   If NO, give the approximate date of disposition **settlement**

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __a settlement__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __December__, 20__11__.

Signature of Plaintiff __By_____

Inmate Number __893 11 01344__

Institution Address __AMKC 1818 Hazen st East Elmhurst Queens New York New York__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __2__ day of __December__, 20__11__, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __By_____

This is my 3rd amended complaint submitted I don't know why the pro se office is not recieving it Because Amkc is good with mail And Not G.R.V.C which witholds your mail intentionally can you put in the false arrest law siut. Please Because since March 26 2011 I've submitted it

Andre Antrobus
718 Hazen St
ast Elmhurst Queens NY 11370

New York District Court
Eastern District Court
Pro Se Office or Judge Bloom
225 Cadman Plaza
Brooklyn New York 11201

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 03 2012 ★
BROOKLYN OFFICE